ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
JOSHUA D. WATTS (STATE BAR NO. 240977)
jwatts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NAKASH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant. | Case No.  5:08-cv-04312-JW<br><br>[PROPOSED] ORDER GRANTING NVIDIA CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED |
| This Document Relates To:<br><br>*Sielicki v. NVIDIA Corp.*,<br>Case No. 5:09-cv-00260-HRL | |

OHS West:260564675.1                                         [PROPOSED] ORDER - CASE NO.  5:08-cv-04312-JW

1   NVIDIA Corporation's Administrative Motion to Consider Whether Case Should Be
2   Related has been filed, asserting that the above-captioned cases are related pursuant to Civil L.R.
3   3-12(b). The time for filing a statement to support or oppose the Motion has expired. On the
4   basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find
5   that the cases:

6       [ ] **ARE NOT RELATED**

7       [X] **ARE RELATED** as defined by Civil L.R. 3-12(a)

8                              *      *      *

10                              **ORDER**

12      IT IS SO ORDERED

14   DATED: ___February 6, 2009___        _____
15                                         THE HONORABLE JAMES WARE
                                           UNITED STATES DISTRICT JUDGE